# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF,<br><br>    Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>    Defendants. | Case No. 1:13-cv-02017-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>ECF Nos. 4, 5, and 17 |

    Plaintiff Denis K. Rotroff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 5, 2014, the Magistrate Judge issued a findings and recommendations recommending that Plaintiff's motion for preliminary injunctive relief (ECF No. 4) be denied, without prejudice, and that Plaintiff's motion regarding the security requirement (ECF No. 5) be denied as moot. (ECF No. 17.) Neither party has responded.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 5, 2014, are adopted in full and

2. Plaintiff's motion for preliminary injunctive relief (ECF No. 4) is DENIED, without prejudice, and Plaintiff's motion seeking a waiver of the security requirement (ECF No. 5) is DENIED as moot.

IT IS SO ORDERED.

Dated:  **September 29, 2014**                **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

2